UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.A.M.E. SPORTSWEAR LTD.,
Plaintiff,

-against-

TIMELY ADVERTISING SPECIALTY COMPANY d/b/a S E BENNETT CO.,
Defendant.

26-CV-4785 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 28, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 14, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge